Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN and ABANTE ROOTER AND PLUMBING INC., on behalf of himself, and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MILLENNIAL SOLUTIONS, LLC d/b/a GLOBAL BUSINESS LENDING, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No.: 2:20-cv-01921-WBS-DMC <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss this matter without prejudice as to the individual and class claims. Defendant has neither answered Plaintiffs'

Notice of Dismissal  - 1

Complaint, nor filed a motion for summary judgment.  Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 30th day of December 2020.

By:   s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

Filed electronically on this 30th day of December 2020, with:

United States District Court CM/ECF system
Eastern District of California

Notification sent on this 30th day of December 2020, via the ECF system to all interested parties

This 30th day of December 2020.

By: s/Todd M. Friedman
Todd M. Friedman